UNITED STATES COURT OF INTERNATIONAL TRADE       FORM 3

Catfish Farmers of America, et al.,

                              **Plaintiff,**

v.

**UNITED STATES,**

                              **Defendant.**

S U M M O N S    21-00380

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Catfish Farmers of America, et al. (see Attachment); 19 U.S.C. 1677(9)(C), (G)
   (Name and standing of plaintiff)

2. Final Results of the Administrative Review of the Antidumping Duty Order on Certain Frozen Fish Fillets from the Socialist Republic of Vietnam
   (Brief description of contested determination)

3. June 25, 2021
   (Date of determination)

4. 86 Fed. Reg. 36,102 (July 8, 2021)
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Jonathan M. Zielinski
Signature of Plaintiff's Attorney

August 5, 2021
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Jonathan M. Zielinski
Cassidy Levy Kent (USA) LLP
900 19th Street, NW, Suite 400
Washington, DC 20006
202-787-5507; jzielinski@cassidylevy.com

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
U.S. Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Office of the General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW.,
Washington, DC 20230