Form 18-1

**Form 18**

### UNITED STATES COURT OF INTERNATIONAL TRADE

THUAN AN PRODUCTION TRADING,
AND SERVICE CO., LTD.,

        Plaintiff,

      v.

UNITED STATES,

        Defendant.

Court No. 17-00056

### NOTIFICATION OF TERMINATION OF ACCESS
### TO BUSINESS PROPRIETARY INFORMATION
### PURSUANT TO RULE 73.2(c)

Jonathan M. Zielinski declares that (check one)

1)    TERMINATION BY AN INDIVIDUAL

☐ I am an attorney/consultant representing or retained on behalf of _____ in this action. I hereby give notice that I am no longer involved in the litigation in this action and, therefore, I have terminated my access to Business Proprietary Information in such action. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

          N/A                            N/A
    [Name of proceeding]             [Case or investigation no.]

OR

2)    TERMINATION BY A FIRM

☑ I am an attorney representing Catfish Farmers of America, America's Catch, Alabama Catfish Inc., Consolidated Catfish Companies LLC, Delta Pride Catfish, Inc., Guidry's Catfish, Inc., Heartland Catfish Company, Magnolia Processing, Inc., and Simmons Farm Raised Catfish, Inc. in this action. I hereby give notice that, because of the termination of all litigation in this action or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order

Form 18-2

No. 02-01 is subject to the direction and control of myself or a member of my firm.  I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73 .2(c) and Administrative Order No. 02-01 in this action have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

| N/A | N/A |
|---|---|
| [Name of proceeding] | [Case or investigation no.] |

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action or in the administrative proceeding that gave rise to the action to any person.

Respectfully submitted,

/s/ Jonathan M. Zielinski

Jonathan M. Zielinski
CASSIDY LEVY KENT (USA) LLP
900 19th Street NW
Suite 400
Washington, DC 20006
(202) 567-2300
jzielinski@cassidylevy.com

Date:  September 26, 2022

Form 18-3

## Schedule to Notification of Termination of Access
## to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 17-00087 | *Can Tho Import-Export Joint Stock Company v. United States* | Alabama Catfish Inc., America's Catch, Catfish Farmers of America, Consolidated Catfish Companies LLC, Delta Pride Catfish, Inc., Guidry's Catfish, Inc., Heartland Catfish Company, Magnolia Processing, Inc., Simmons Farm Raised Catfish, Inc. |
| 17-00088 | *Golden Quality Seafood Corporation v. United States* | Alabama Catfish Inc., America's Catch, Catfish Farmers of America, Consolidated Catfish Companies LLC, Delta Pride Catfish, Inc., Guidry's Catfish, Inc., Heartland Catfish Company, Magnolia Processing, Inc., Simmons Farm Raised Catfish, Inc. |
| 18-00063 | *GODACO Seafood Joint Stock Company v. United States* | Simmons Farm Raised Catfish, Inc., Magnolia Processing, Inc., Heartland Catfish Company, Guidry's Catfish, Inc., Delta Pride Catfish, Inc., Consolidated Catfish Companies LLC, Catfish Farmers of America, America's Catch, Alabama Catfish Inc. |
| 18-00064 | *Can Tho Import-Export Joint Stock Company v. United States* | America's Catch, Alabama Catfish Inc., Catfish Farmers of America, Consolidated Catfish Companies LLC, Delta Pride Catfish, Inc., Guidry's Catfish, Inc., Heartland Catfish Company, Magnolia Processing, Inc., Simmons Farm Raised Catfish, Inc. |
| 18-00065 | *Golden Quality Seafood Corporation v. United States* | Alabama Catfish Inc., America's Catch, Catfish |

| | | Farmers of America, Consolidated Catfish Companies LLC, Delta Pride Catfish, Inc., Guidry's Catfish, Inc., Heartland Catfish Company, Magnolia Processing, Inc., Simmons Farm Raised Catfish, Inc. |
|---|---|---|
| 18-00069 | *Vinh Quang Fisheries Corporation et al v. United States* | Alabama Catfish Inc., America's Catch, Catfish Farmers of America, Delta Pride Catfish, Inc., Consolidated Catfish Companies LLC, Guidry's Catfish, Inc., Heartland Catfish Company, Magnolia Processing, Inc., Simmons Farm Raised Catfish, Inc. |
| 18-00071 | *Southern Fishery Industries Company, Ltd. v. United States* | America's Catch, Alabama Catfish Inc., Catfish Farmers of America, Delta Pride Catfish, Inc., Guidry's Catfish, Inc., Heartland Catfish Company, Magnolia Processing, Inc., Simmons Farm Raised Catfish, Inc., Consolidated Catfish Companies LLC |
| 19-00055 | *Hung Vuong Corporation et al v. United States* | Simmons Farm Raised Catfish, Inc., Magnolia Processing, Inc., Heartland Catfish Company, Guidry's Catfish, Inc., Delta Pride Catfish, Inc., Consolidated Catfish Companies LLC, Catfish Farmers of America, America's Catch, Alabama Catfish Inc. |
| 19-00063 | *NTSF Seafoods Joint Stock Company et al v. United States* | Catfish Farmers of America, Alabama Catfish Inc., America's Catch, Consolidated Catfish Companies LLC, Delta Pride Catfish, Inc., Guidry's Catfish, Inc., Heartland Catfish Company, Magnolia |

|  |  | Processing, Inc., Simmons Farm Raised Catfish, Inc. |
|---|---|---|
| 20-00104 | *NTSF Seafoods Joint Stock Company v. United States* | Catfish Farmers of America, America's Catch, Inc., Alabama Catfish, LLC, Consolidated Catfish Companies LLC, Delta Pride Catfish, Inc., Guidry's Catfish, Inc., Heartland Catfish Company, Magnolia Processing, Inc., Simmons Farm Raised Catfish, Inc. |
| 20-00105 | *Catfish Farmers of America et al v. United States* | Catfish Farmers of America, Alabama Catfish, LLC, America's Catch, Inc., Consolidated Catfish Companies LLC, Delta Pride Catfish, Inc., Guidry's Catfish, Inc., Heartland Catfish Company, Magnolia Processing, Inc., Simmons Farm Raised Catfish, Inc. |
| 20-00107 | *I.D.I. International Development and Investment Corporation v. United States* | Catfish Farmers of America, America's Catch, Inc., Alabama Catfish, LLC, Consolidated Catfish Companies LLC, Delta Pride Catfish, Inc., Guidry's Catfish, Inc., Heartland Catfish Company, Magnolia Processing, Inc., Simmons Farm Raised Catfish, Inc. |
| 21-00380 | *Catfish Farmers of America et al v. United States* | Catfish Farmers of America, America's Catch, Inc., Alabama Catfish, LLC, Consolidated Catfish Companies LLC, Delta Pride Catfish, Inc., Guidry's Catfish, Inc., Heartland Catfish Company, Magnolia Processing, Inc., Simmons Farm Raised Catfish, Inc., |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)