## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CATFISH FARMERS OF AMERICA and eight of its individual members,<br>    *Plaintiffs*,<br>v.<br>UNITED STATES,<br>    *Defendant*,<br>and<br>QMC FOODS, INC.; COLORADO BOXED BEEF COMPANY; VINH HOAN CORPORATION; AND NAM VIET CORPORATION,<br>    *Defendant-Intervenors*. | Ct. No. 21-00380<br><br>Before: M. Miller Baker, Judge |

**ORDER**

For the reasons stated in Slip Opinion 23-97 (ECF 63):

1.  The court **GRANTS IN PART** and **DENIES IN PART** Plaintiffs' motion for judgment on the agency record. ECF 34 (confidential); ECF 35 (public).

2.  The court **REMANDS** this case and **ORDERS** the Department of Commerce to reconsider its surrogate country selection process and to comply with its statutory obligation to consider countries at a "comparable level of economic development" as potential surrogates on an equal basis with countries the Department deems to be at "the same level of economic development," including (but not limited to) either considering Plaintiffs' data regarding

Indonesia as a potential primary surrogate country or else explaining why India is not at a "comparable level of economic development."

    3.    This case will proceed with the following schedule:

        a.    Commerce must file its remand determination on or before 120 days after the date of entry of this order.

        b.    Commerce must file the administrative record on or before 14 days after the date on which it files the remand determination.

        c.    The court's instructions governing joint appendix preparation[1] govern the Remand Appendix.

        d.    No later than 14 days after Commerce files the administrative record, the parties are to file a proposed scheduling order advising the court of which appendix preparation option the parties have selected and proposing due dates for the parties' comments, the Remand Appendix, and motions for oral argument. The proposed due dates should reflect the appendix preparation option the parties choose.

        e.    The parties' proposed scheduling order must prescribe deadlines for the intervenors' comments that are later than the deadlines for the parties the intervenors support and must include a word-

---

[1] https://www.cit.uscourts.gov/sites/cit/files/2023-05-26%20Instructions%20to%20Counsel%20for%201581%28c%29%20Cases%20Assigned%20to%20Judge%20Baker.pdf.

count limitation for the intervenors' comments that is one-half of the words available to the party-in-chief.

Dated:  July 7, 2023  
        New York, New York

/s/ *M. Miller Baker*  
M. Miller Baker, Judge