

March 27, 2025

Hon. M. Miller Baker, Judge
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278

    Re:    ***Stipulation of Dismissal:*** CIT Ct No. 21-00380

Dear Judge Baker:

In light of the Court's recent opinion in CIT Ct No. 20-00105, please find attached a Form 8A stipulation of dismissal of CIT Ct No. 21-00380, signed by all parties to the action.

Plaintiffs continue to believe that Indonesia presented the most appropriate source of surrogate values in the review subject to appeal in Cit Ct No. 21-00380, but recognize the similarities between the records and issues in the case and those of CIT Ct No. 20-00105, in which the Court has upheld the use of Indian surrogate values. With the goal of conserving resources while continuing to pursue issues relevant to surrogate country and value selection in ongoing and future administrative reviews, it is accordingly plaintiffs' desire to dismiss this action.

Hon. M. Miller Baker, Judge
March 27, 2025
Page 2

>Respectfully submitted,
>
>*/s/ Nazak Nikakhtar*
>**Nazak Nikakhtar, Esq.**
>
>**WILEY REIN LLP**
>2050 M Street, NW
>Washington, DC 20036
>Phone (202) 719-7000
>WileyTrade@wiley.law
>
>*Counsel to the Catfish Farmers of America and individual U.S. catfish processors America's Catch, Inc., Alabama Catfish, LLC d/b/a Harvest Select Catfish, Inc., Consolidated Catfish Companies, LLC d/b/a Country Select Catfish, Delta Pride Catfish, Inc., Guidry's Catfish, Inc., Heartland Catfish Company, Magnolia Processing, Inc. d/b/a Pride of the Pond, and Simmons Farm Raised Catfish, Inc.*

FORM 8A

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CATFISH FARMERS OF AMERICA,** *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**UNITED STATES,**<br><br>　　　　　Defendant,<br><br>　　and<br><br>**QMC FOODS, INC.,** *et al.*,<br><br>　　　　　Defendant-Intervenors. | Before: Hon. M. Miller Baker, Judge<br><br>Court No. 21-00380 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action.

Dated: March 27, 2025

　　　　　　　　　　　　　　　　　*/s/ Nazak Nikakhtar*
　　　　　　　　　　　　　　　　　**Nazak Nikakhtar, Esq.**

　　　　　　　　　　　　　　　　　**WILEY REIN LLP**
　　　　　　　　　　　　　　　　　2050 M Street, NW
　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　Phone (202) 719-7000
　　　　　　　　　　　　　　　　　WileyTrade@wiley.law

　　　　　　　　　　　　　　　　　*Counsel to the Catfish Farmers of America, et al.*

Ct. No. 21-00380 FORM 8A

| | |
|---|---|
| OF COUNSEL: | YAAKOV M. ROTH<br>Acting Assistant Attorney<br>General |
| K. GARRETT KAYS<br>Of Counsel<br>Office of the Chief Counsel<br>  For Trade Enforcement & Compliance<br>  U.S. Department of Commerce | /s/ Patricia M. McCarthy<br>PATRICIA M. MCCARTHY<br>Director |
| | /s/ Kara M. Westercamp<br>KARA M. WESTERCAMP<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation<br>Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 305-7571 |
| | *Attorneys for Defendant*<br>*United States* |
| | */s/Raymond F. Sullivan, Jr.*<br>**Raymond F. Sullivan, Jr.**<br><br>**Law Office of Raymond F. Sullivan**<br>10440 Little Patuxent Pkwy<br>Suite 900<br>Columbia, MD 21044<br>(410) 530-6212 |

2

Ct. No. 21-00380                                                    FORM 8A

*/s/Robert L. LaFrankie, II*
**Robert L. LaFrankie, II**

**Crowell & Moring, LLP**
1001 Pennsylvania Ave., NW
Washington, DC 20004-2595
(202) 624-2868

*Counsel to Defendant-Intervenors, QMC Foods, Inc. and Colorado Boxed Beef Company*

*/s/Matthew Jon McConkey*
**Matthew J. McConkey**

**Mayer Brown LLP**
1999 K Street, NW
Washington, DC 20006
(202) 263-3235

*Counsel to Defendant-Intervenors Vinh Hoan Corporation and Nam Viet Corporation*

3

**Ct. No. 21-00380** FORM 8A

Order of Dismissal

    This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: _____

                                    Clerk, U.S. Court of International Trade

                                    By: _____
                                            Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)